# Third District Court of Appeal

### State of Florida

Opinion filed June 24, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-1045
Lower Tribunal Nos. 81-25758C & 81-27294B

_____

**Paul Lewis,**

Petitioner,

vs.

**The State of Florida,**

Respondent.

On Petition for Writ of Certiorari to the Circuit Court for Miami-Dade County, Stephen T. Millan, Judge.

Paul Lewis, in proper person.

Pamela Jo Bondi, Attorney General, for respondent.

Before SUAREZ, LAGOA, and FERNANDEZ, JJ.

SUAREZ, J.

Paul Lewis appeals an order denying (as untimely) a motion to mitigate sentence pursuant to Florida Rule of Criminal Procedure 3.800(c). While an order

denying, on its merits, a motion to mitigate a sentence is not appealable, see e.g., Smith v. State, 902 So. 2d 293 (Fla. 3d DCA 2005), the appeal of an order dismissing or denying the motion as untimely may be treated as a petition for writ of certiorari. Iglesias v. State, 76 So. 3d 370 (Fla. 3d DCA 2011). We do so here and, having reviewed the record, conclude the trial court correctly determined the motion was untimely.

Petition dismissed.